# Court of Appeals, State of Michigan

# ORDER

Estate of Teodorico Q Gomez v Ronel Raad Hana

Docket No. 341812

LC No. 2015-003971-NI

Colleen A. O'Brien
Presiding Judge

Kathleen Jansen

Amy Ronayne Krause
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued March 19, 2019 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 0 7 2019
Date

Chief Clerk